## Commonwealth *v.* Orlando, Appellant.

Submitted November 14, 1966. *Henry Orlando,* appellant, in propria persona; *Charles B. Watkins* and *Edwin J. Martin,* Assistant District Attorneys, and *Robert W. Duggan,* District Attorney, for Commonwealth, appellee.

Order affirmed.

## Commonwealth *v.* Owens, Appellant.

Submitted November 14, 1966. *James Owens,* appellant, in propria persona; *Charles B. Watkins* and *Edwin J. Martin,* Assistant District Attorneys, and *Robert W. Duggan,* District Attorney, for appellee.

Judgment of sentence affirmed.